**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> LATIN PAVERS, INC., <br> an Illinois corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2013 C 691 <br> ) <br> ) Judge Kendall <br> ) <br> ) Magistrate Judge Kim <br> ) <br> ) |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on January 29, 2013 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2) and to compel an audit.

2. Service upon LATIN PAVERS, INC., an Illinois corporation was made on the Defendant January 30, 2013, and a copy of the proof of service was filed with the court on January 31, 2013.

3. More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

4. As supported by the attached Affidavits, the sums due on the Complaint are:

$5,419.65  Pension audit
$4,601.66  Welfare audit
$925.00  Attorneys fees
$449.00  Court costs
$11,395.31

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding LATIN PAVERS, INC., an Illinois corporation in default; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $11,395.31.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: February 22, 2013

2